Printed: 12/15/2006

## Average Daily Balance For Pauper Filing
For Days the Individual was in Residence at SCI from 6/1/2006 through 11/30/2006

Page 1 of 4

SBI: *00124570*     NAME:    DICKENS, LAWRENCE

| Date | Balance |
|---|---|
| 06/01/2006 | $0.00 |
| 06/02/2006 | $0.00 |
| 06/03/2006 | $0.00 |
| 06/04/2006 | $0.00 |
| 06/05/2006 | $0.00 |
| 06/06/2006 | $1.00 |
| 06/07/2006 | $1.00 |
| 06/08/2006 | $1.00 |
| 06/09/2006 | $1.00 |
| 06/10/2006 | $1.00 |
| 06/11/2006 | $1.00 |
| 06/12/2006 | $1.00 |
| 06/13/2006 | $1.00 |
| 06/14/2006 | $1.00 |
| 06/15/2006 | $1.00 |
| 06/16/2006 | $41.00 |
| 06/17/2006 | $41.00 |
| 06/18/2006 | $86.00 |
| 06/19/2006 | $86.00 |
| 06/20/2006 | $55.85 |
| 06/21/2006 | $21.85 |
| 06/22/2006 | $21.85 |
| 06/23/2006 | $21.85 |
| 06/24/2006 | $21.85 |
| 06/25/2006 | $21.85 |
| 06/26/2006 | $1.89 |
| 06/27/2006 | $1.89 |
| 06/28/2006 | $0.21 |
| 06/29/2006 | $0.21 |
| 06/30/2006 | $0.21 |
| 07/01/2006 | $0.21 |
| 07/02/2006 | $0.21 |
| 07/03/2006 | $0.21 |
| 07/04/2006 | $0.21 |
| 07/05/2006 | $29.61 |
| 07/06/2006 | $29.61 |
| 07/07/2006 | $79.61 |
| 07/08/2006 | $79.61 |
| 07/09/2006 | $79.61 |
| 07/10/2006 | $46.21 |
| 07/11/2006 | $46.21 |
| 07/12/2006 | $46.21 |
| 07/13/2006 | $46.21 |
| 07/14/2006 | $46.21 |
| 07/15/2006 | $46.21 |
| 07/16/2006 | $46.21 |
| 07/17/2006 | $6.53 |
| 07/18/2006 | $6.53 |



06-790

FILED

DEC 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To scanned

Printed: 12/15/2006

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2006 through 11/30/2006

Page 2 of 4

SBI: 00124570    NAME: DICKENS, LAWRENCE

| Date | Balance |
|---|---|
| 07/19/2006 | $6.53 |
| 07/20/2006 | $6.53 |
| 07/21/2006 | $6.53 |
| 07/22/2006 | $6.53 |
| 07/23/2006 | $6.53 |
| 07/24/2006 | $0.00 |
| 07/25/2006 | $0.00 |
| 07/26/2006 | $0.00 |
| 07/27/2006 | $0.00 |
| 07/28/2006 | $0.00 |
| 07/29/2006 | $0.00 |
| 07/30/2006 | $0.00 |
| 07/31/2006 | $100.00 |
| 08/01/2006 | $100.00 |
| 08/02/2006 | $100.00 |
| 08/03/2006 | $100.00 |
| 08/04/2006 | $64.98 |
| 08/05/2006 | $64.98 |
| 08/06/2006 | $64.98 |
| 08/07/2006 | $95.78 |
| 08/08/2006 | $95.78 |
| 08/09/2006 | $95.78 |
| 08/10/2006 | $95.78 |
| 08/11/2006 | $124.93 |
| 08/12/2006 | $124.93 |
| 08/13/2006 | $124.93 |
| 08/14/2006 | $124.93 |
| 08/15/2006 | $124.93 |
| 08/16/2006 | $74.93 |
| 08/17/2006 | $74.93 |
| 08/18/2006 | $58.02 |
| 08/19/2006 | $58.02 |
| 08/20/2006 | $58.02 |
| 08/21/2006 | $58.02 |
| 08/22/2006 | $58.02 |
| 08/23/2006 | $58.02 |
| 08/24/2006 | $58.02 |
| 08/25/2006 | $50.04 |
| 08/26/2006 | $50.04 |
| 08/27/2006 | $50.04 |
| 08/28/2006 | $50.04 |
| 08/29/2006 | $50.04 |
| 08/30/2006 | $50.04 |
| 08/31/2006 | $50.04 |
| 09/01/2006 | $28.15 |
| 09/02/2006 | $28.15 |
| 09/03/2006 | $28.15 |
| 09/04/2006 | $28.15 |

Printed: 12/15/2006

**Average Daily Balance For Pauper Filing**
For Days the Individual was in Residence at SCI from 6/1/2006 through 11/30/2006

Page 3 of 4

SBI: 00124570     NAME:   DICKENS, LAWRENCE

| Date | Balance |
|---|---|
| 09/05/2006 | $139.15 |
| 09/06/2006 | $109.15 |
| 09/07/2006 | $109.15 |
| 09/08/2006 | $131.97 |
| 09/09/2006 | $131.97 |
| 09/10/2006 | $131.97 |
| 09/11/2006 | $131.97 |
| 09/12/2006 | $10.87 |
| 09/13/2006 | $10.87 |
| 09/14/2006 | $4.87 |
| 09/15/2006 | $4.87 |
| 09/16/2006 | $4.87 |
| 09/17/2006 | $4.87 |
| 09/18/2006 | $4.87 |
| 09/19/2006 | $4.87 |
| 09/20/2006 | $4.87 |
| 09/21/2006 | $4.87 |
| 09/22/2006 | $2.00 |
| 09/23/2006 | $2.00 |
| 09/24/2006 | $2.00 |
| 09/25/2006 | $2.00 |
| 09/26/2006 | $2.00 |
| 09/27/2006 | $0.00 |
| 09/28/2006 | $0.00 |
| 09/29/2006 | $0.00 |
| 09/30/2006 | $0.00 |
| 10/01/2006 | $0.00 |
| 10/02/2006 | $0.00 |
| 10/03/2006 | $0.00 |
| 10/04/2006 | $0.00 |
| 10/05/2006 | $0.00 |
| 10/06/2006 | $37.80 |
| 10/07/2006 | $37.80 |
| 10/08/2006 | $37.80 |
| 10/09/2006 | $37.80 |
| 10/10/2006 | $37.80 |
| 10/11/2006 | $37.80 |
| 10/12/2006 | $37.80 |
| 10/13/2006 | $3.47 |
| 10/14/2006 | $3.47 |
| 10/15/2006 | $3.47 |
| 10/16/2006 | $3.47 |
| 10/17/2006 | $3.47 |
| 10/18/2006 | $28.47 |
| 10/19/2006 | $28.47 |
| 10/20/2006 | $0.00 |
| 10/21/2006 | $0.00 |
| 10/22/2006 | $0.00 |

Printed: 12/15/2006

## Average Daily Balance For Pauper Filing
### For Days the Individual was in Residence at SCI from 6/1/2006 through 11/30/2006

Page 4 of 4

SBI: 00124570          NAME:    DICKENS, LAWRENCE

| Date | Balance |
|---|---|
| 10/23/2006 | $0.00 |
| 10/24/2006 | $0.00 |
| 10/25/2006 | $0.00 |
| 10/26/2006 | $0.00 |
| 10/27/2006 | $0.00 |
| 10/28/2006 | $0.00 |
| 10/29/2006 | $0.00 |
| 10/30/2006 | $0.00 |
| 10/31/2006 | $0.00 |
| 11/01/2006 | $0.00 |
| 11/02/2006 | $0.00 |
| 11/03/2006 | $30.80 |
| 11/04/2006 | $30.80 |
| 11/05/2006 | $30.80 |
| 11/06/2006 | $30.80 |
| 11/07/2006 | $30.80 |
| 11/08/2006 | $80.80 |
| 11/09/2006 | $80.80 |
| 11/10/2006 | $80.80 |
| 11/11/2006 | $80.80 |
| 11/12/2006 | $80.80 |
| 11/13/2006 | $80.80 |
| 11/14/2006 | $80.80 |
| 11/15/2006 | $80.80 |
| 11/16/2006 | $76.80 |
| 11/17/2006 | $42.59 |
| 11/18/2006 | $42.59 |
| 11/19/2006 | $42.59 |
| 11/20/2006 | $42.59 |
| 11/21/2006 | $42.59 |
| 11/22/2006 | $42.59 |
| 11/23/2006 | $42.59 |
| 11/24/2006 | $42.59 |
| 11/25/2006 | $42.59 |
| 11/26/2006 | $42.59 |
| 11/27/2006 | $42.59 |
| 11/28/2006 | $42.59 |
| 11/29/2006 | $42.59 |
| 11/30/2006 | $42.59 |

Summary for 'SBI' = 00124570 (183 detail records)          **Average Daily Balance:**    $35.47

## Prior Month -- Individual Statement

Date Printed: 12/15/2006                                                                 Page 1 of 1

### For Month of June 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location: | MEDIUM D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Mail CK | EILEEN DAWSON | 6/1/2006 | $0.00 | $0.00 | $0.00 | $45.00 | $0.00 |
| Pay-To | | 6/6/2006 | ($6.00) | $0.00 | $0.00 | $0.00 | ($6.00) |
| Payroll | | 6/6/2006 | $7.00 | $0.00 | $0.00 | $0.00 | $1.00 |
| Postage-Com | | 6/9/2006 | $0.00 | $0.00 | ($1.68) | $0.00 | $1.00 |
| Mail CK | WILM TRUST CO. | 6/16/2006 | $40.00 | $0.00 | $0.00 | $0.00 | $41.00 |
| Mail CK | EILEEN DAWSON | 6/18/2006 | $45.00 | $0.00 | $0.00 | $0.00 | $86.00 |
| Commissary | | 6/20/2006 | ($30.15) | $0.00 | $0.00 | $0.00 | $55.85 |
| Medical | | 6/21/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | $55.85 |
| Medical | | 6/21/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | $51.85 |
| Pay-To | TAMMY JOHNSON | 6/21/2006 | ($30.00) | $0.00 | $0.00 | $0.00 | $21.85 |
| Commissary | | 6/26/2006 | ($19.96) | $0.00 | $0.00 | $0.00 | $1.89 |
| Postage-Com | | 6/28/2006 | ($1.68) | $0.00 | $0.00 | $0.00 | $0.21 |
| | | | | | Ending Mth Balance: | | $0.21 |

# Prior Month -- Individual Statement

Date Printed: 12/15/2006                                                                 Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.21 |
|---|---|---|---|---|---|---|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location: | MEDIUM D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 7/5/2006 | $29.40 | $0.00 | $0.00 | $0.00 | $29.61 |
| Mail CK | WILMINGTON TRUST | 7/7/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $79.61 |
| Commissary | | 7/10/2006 | ($33.40) | $0.00 | $0.00 | $0.00 | $46.21 |
| Commissary | | 7/17/2006 | ($39.68) | $0.00 | $0.00 | $0.00 | $6.53 |
| Commissary | | 7/24/2006 | ($6.53) | $0.00 | $0.00 | $0.00 | $0.00 |
| Mail CK | WILMINGTON TRUST | 7/31/2006 | $100.00 | $0.00 | $0.00 | $0.00 | $100.00 |
| | | | | | | Ending Mth Balance: | $100.00 |

## Prior Month -- Individual Statement

Date Printed: 12/15/2006                                                                 Page 1 of 1

## For Month of August 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $100.00 |
|---|---|---|---|---|---|---|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location: | MEDIUM D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Commissary | | 8/4/2006 | ($35.02) | $0.00 | $0.00 | $0.00 | $64.98 |
| Payroll | | 8/7/2006 | $30.80 | $0.00 | $0.00 | $0.00 | $95.78 |
| Mail MO | WILM. TRUST | 8/11/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $145.78 |
| Commissary | | 8/11/2006 | ($20.85) | $0.00 | $0.00 | $0.00 | $124.93 |
| Pay-To | FEDELIA DEPUTY | 8/16/2006 | ($50.00) | $0.00 | $0.00 | $0.00 | $74.93 |
| Commissary | | 8/18/2006 | ($16.91) | $0.00 | $0.00 | $0.00 | $58.02 |
| Commissary | | 8/25/2006 | ($7.98) | $0.00 | $0.00 | $0.00 | $50.04 |
| | | | | | Ending Mth Balance: | | $50.04 |

# Prior Month -- Individual Statement

Date Printed: 12/15/2006              Page 1 of 1

## For Month of September 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $50.04 |
|---|---|---|---|---|---|---|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location: | MEDIUM D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Copies | | 9/1/2006 | $0.00 | $0.00 | ($2.00) | $0.00 | $50.04 |
| Commissary | | 9/1/2006 | ($21.89) | $0.00 | $0.00 | $0.00 | $28.15 |
| Visit MO | RUBY GARRISON | 9/5/2006 | $40.00 | $0.00 | $0.00 | $0.00 | $68.15 |
| Mail CK | WILMINGTON TRUST | 9/5/2006 | $71.00 | $0.00 | $0.00 | $0.00 | $139.15 |
| Pay-To | FEDELIA DEPUTY | 9/6/2006 | ($30.00) | $0.00 | $0.00 | $0.00 | $109.15 |
| Commissary | | 9/8/2006 | ($7.98) | $0.00 | $0.00 | $0.00 | $101.17 |
| Payroll | | 9/8/2006 | $30.80 | $0.00 | $0.00 | $0.00 | $131.97 |
| Commissary | | 9/12/2006 | ($121.10) | $0.00 | $0.00 | $0.00 | $10.87 |
| Pay-To | SCI PROGRAM ART D | 9/14/2006 | ($6.00) | $0.00 | $0.00 | $0.00 | $4.87 |
| Commissary | | 9/22/2006 | ($2.87) | $0.00 | $0.00 | $0.00 | $2.00 |
| Copies | | 9/27/2006 | ($2.00) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | Ending Mth Balance: | | $0.00 |

# Prior Month -- Individual Statement

Date Printed: 12/15/2006  Page 1 of 1

## For Month of October 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location: | MEDIUM D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Misc | JUDITH LEDERMAN | 10/3/2006 | $0.00 | $0.00 | $0.00 | $25.00 | $0.00 |
| Misc | CORRECTION | 10/3/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payroll | | 10/6/2006 | $37.80 | $0.00 | $0.00 | $0.00 | $37.80 |
| Commissary | | 10/13/2006 | ($34.33) | $0.00 | $0.00 | $0.00 | $3.47 |
| Misc | JUDITH LEDERMAN | 10/18/2006 | $25.00 | $0.00 | $0.00 | $0.00 | $28.47 |
| Misc | CORRECTION | 10/18/2006 | $0.00 | $0.00 | $0.00 | $0.00 | $28.47 |
| Commissary | | 10/20/2006 | ($28.47) | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | Ending Mth Balance: | $0.00 |



# Prior Month -- Individual Statement

Date Printed: 12/15/2006                                                                                      Page 1 of 1

## For Month of November 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.00 |
|---|---|---|---|---|---|---|
| 00124570 | DICKENS | LAWRENCE | | | | |
| Current Location: | MEDIUM D | | | | | |

| Source | Name | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Deposit Hold | Balance |
|---|---|---|---|---|---|---|---|
| Payroll | | 11/3/2006 | $30.80 | $0.00 | $0.00 | $0.00 | $30.80 |
| Mail CK | NONE | 11/8/2006 | $50.00 | $0.00 | $0.00 | $0.00 | $80.80 |
| Medical No Sh | | 11/16/2006 | $0.00 | ($4.00) | $0.00 | $0.00 | $80.80 |
| Medical No Sh | | 11/16/2006 | ($4.00) | $0.00 | $0.00 | $0.00 | $76.80 |
| Commissary | | 11/17/2006 | ($34.21) | $0.00 | $0.00 | $0.00 | $42.59 |
| Postage | | 11/30/2006 | $0.00 | $0.00 | ($3.57) | $0.00 | $42.59 |
| | | | | | Ending Mth Balance: | | $42.59 |

# INMATE ACCOUNT STATEMENT

TO: Inmate Name: _Dickens_  _Lawrence_  _B._
           (Last)           (First)        (M.I.)

SBI Number: _12457_
Housing Unit: _Medium 'D_

FR: Inmate Account Technician

DA:

RE: Summary Of Account

..............................................................

Attached is your account statement for the six month period of _06-01_, _2006_ through _11-30_, _2006_.

Utilizing the calculation formula described in BOP Procedure 5.4, your average daily balance for this period is $ _35.47_ .

Attachment

_Phyllis Redden_
Notary

PHYLLIS REDDEN
Notary Public, State of Delaware
My Commission Expires October 31, 2007

# REQUEST FORM
# FOR
# INMATE ACCOUNT ACTIVITY STATEMENT

Inmate Name: __Dickens    Lawrence    B.__     SBI Number: __124570__
　　　　　　　　(Last)　　　　(First)　　　(M.I.)

Housing Unit: __Medium 'D__

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

In accordance with Bureau of Prisons Procedure 5.4 entitled "In Forma Pauperis", please provide a summary of my account transactions.

_Lawrence B. Dickens_　　　　　　　_Judith Ann Lederman_
Inmate Signature　　　　　　　　　　Notary

Inmate Account Activity Statement will be processed only after staff verifies your legal documents are complete.

Date received by business office: __RECEIVED SCI Business Office DEC 1 3 2006__

JUDITH ANN LEDERMAN
NOTARY PUBLIC, STATE OF DELAWARE
My Commission Expires August 19, 2007