IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAWRENCE B. DICKENS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | Civil Action No. 06-790-SLR |
| ) | |
| RICHARD KEARNEY, ) | |
| Warden, and JOSEPH ) | |
| R. BEAU BIDEN III, ) | |
| Attorney General of ) | |
| the State of Delaware, ) | |
| ) | |
| Respondents. ) | |

**AEDPA ELECTION FORM**

FILED
JAN 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

1. __X__   I wish the court to rule on my § 2254 petition as currently pending. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this petition will be my one opportunity to seek federal habeas corpus relief.

2. _____   I wish to amend my § 2254 petition to include all the grounds I have. I will do so within thirty (30) days. I realize that the law does not allow me to file successive or later petitions unless I receive certification to do so from the United States Court of Appeals for the Third Circuit; therefore, this amended all-inclusive petition will be my one opportunity to seek federal habeas corpus relief.

3. _____   I wish to withdraw my § 2254 petition without prejudice to file one all-inclusive

        petition in the future; that is, one that raises all the grounds I have for federal habeas corpus relief. I realize this all-inclusive petition must be filed within the one-year period as defined by 28 U.S.C. § 2244(d). See <u>Swartz v. Meyers</u>, 204 F.3d 417 (3d Cir. 2000).

4. _____   I am not seeking federal habeas corpus relief under § 2254. I am instead seeking relief under _____.

_____
Petitioner

I/M: Lawrence B. Dickens  BLDG: Medium 'D
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500   SBI. #124570
GEORGETOWN, DELAWARE 19947

Office of the Clerk
United States District Court
844 N. King St., Lockbox 18
Wilmington, Delaware
19801-3570