D.I. # _____

# CIVIL ACTION
# NUMBER: 06cv790 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



D.I. # _____

# CIVIL ACTION
# NUMBER: 06cv790SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $ 4.20
Certified Fee 2.40
Return Receipt Fee (Endorsement Required) 1.85
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $ 8.45

Sent To: LOREN MEYERS
DEPUTY ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
WILMINGTON, DE 19801

PS Form 3800, June 2002  See Reverse for Instructions

7005 1820 0004 3169 7456



FILED
U.S. DISTRICT COURT

Scanned (LP)