D.I. #_____

# CIVIL ACTION
# NUMBER: 06cv790 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

06-790-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Cpl Fisher*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): J Fisher   C. Date of Delivery: 02/19/07 |
| 1. Article Addressed to:<br><br>WARDEN RICK KEARNEY<br>SUSSEX CORRECTIONAL INSTITUTE<br>P.O. BOX 500<br>GEORGETOWN, DE 19947 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail   ☐ Express Mail<br>   ☐ Registered      ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1820 0004 3169 5797 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540



FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned