D.I. #_____

# CIVIL ACTION
# NUMBER: 06cv790 SLR

U.S. POSTAL SERVICE
CERTIFIED MAIL RECEIPT(S)

06-790-SLR

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Kelly Vries Co_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>LOREN MEYERS<br>DEPUTY ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>820 N FRENCH STREET<br>WILMINGTON DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>   ☑ Certified Mail  ☐ Express Mail<br>   ☐ Registered     ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 1820 0004 3169 7456 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |



FILED
FEB 21 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned (W)