IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **LAWRENCE B. DICKENS,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civ.Act.No. 06-790-SLR |
| | ) |
| **RICHARD KEARNEY**, Warden | ) |
| and **JOSEPH R. BIDEN, III**, Attorney | ) |
| General for the State of Delaware | ) |
| | ) |
| Respondents. | ) |

**NOTICE OF FILING OF STATE COURT RECORDS**

1. Notice is hereby given that certified copies of the following Delaware State Court documents have been manually filed with the Court and are available in paper form only:

a. Superior Court Criminal Docket ID#79800001DI

b. Appellant's Opening Grief and Appendix (453, 1989)

c. State's Motion to Affirm (453, 1989)

d. March 22, 1990 Order (453, 1989)

e. Appellant's Opening Grief and Appendix (707, 2002)

f. State's Motion to Affirm (707, 2002)

g. April 21, 2003 Order (707, 2002)

/s/ James T. Wakley
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
Del. Bar. ID No. 4612

DATE: September 14, 2007

1

2

CERTIFICATE OF SERVICE

      I hereby certify that on September 14, 2007, I electronically filed a notice of filing of state court records with the Clerk of Court using CM/ECF and manually filed the state court records referenced therein.  I also certify that on September 14, 2007, I have mailed by United States Mail, two copies of the notice and one copy of the documents referenced therein to the following non-registered participant:

Lawrence B. Dickens  
SBI No. 263838  
Sussex Correctional Institution  
P.O. Box 500  
Georgetown, DE 19947

                                                /s/ James T. Wakley  
                                                Deputy Attorney General  
                                                Department of Justice  
                                                820 N. French Street  
                                                Wilmington, DE 19801  
                                                (302) 577-8500  
                                                Del. Bar. ID No. 4612

DATE: September 14, 2007