# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT



Lawrence B. Dickens,
   Petitioner,
   v.
Michael DeLoy Warden
and et. al.
   Respondent.

Case Number: 1:06-cv-00790 SLR

## NOTICE OF APPEAL

Petitioner Lawrence B. Dickens, pro se respectfully appeals the ORDER from the United States District Court for the District of Delaware which both dismissed the Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. §2254. Also, the relief sought was denied by the same court. The Court declined to issue a certificate of appealability according to the ORDER for failure to satisfy the standard set forth in 28 U.S.C. §2253 (c)(2).

The <u>ORDER</u> was mailed to Lawrence B. Dickens, Petitioner on December 4, 2007 which he signed for the legal document on December 12, 2007.

Petitioner now wish to appeal by Notice of Appeal on January 3, 2008.

Respectfully,

Lawrence B. Dickens
LAWRENCE B. DICKENS, PRO SE

ENCLOSURE:

U.S. District Ct. for the District of Delaware (ORDER)
Envelope of Receipt of ORDER.

Case 1:06-cv-00790-SLR   Document 24   Filed 12/05/2007   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

RECEIVED JAN - 7 2008 U.S. C.A. 3rd

| | |
|---|---|
| LAWRENCE B. DICKENS, | ) |
| Petitioner, | ) |
| v. | ) Civ. No. 06-790-SLR |
| MICHAEL DELOY, Warden, and ATTORNEY GENERAL OF THE STATE OF DELAWARE, | ) |
| Respondents. | ) |

**ORDER**

At Wilmington this 4th day of December, 2007, consistent with the memorandum opinion issued this same date; IT IS HEREBY ORDERED that:

1. Petitioner Lawrence B. Dickens' application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DISMISSED, and the relief requested therein is DENIED. (D.I. 1)

2. The court declines to issue a certificate of appealability for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

UNITED STATES DISTRICT JUDGE

EXH. (A)

RECEIVED
DEC 12 2007
SCI MAILROOM

Mel B

Lawrence B. Dickens
SBI #124570
Sussex Correctional Center
P.O. Box 500
Georgetown, DE 19947

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

EXH. B

I/M: Lawrence B. Dickens BLDG: Medium 'B'
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500 #124570
GEORGETOWN, DELAWARE 19947

United States Court of Appeals (3rd Cir.)
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA
19106-1790

RECEIVED
JAN - 7 2008
CA 3rd