IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

LAWRENCE B. DICKENS        )
      Petitioner,            )
                    )
   v.                      )   Civ. No. 06-790-SLR
                    )
MICHAEL DELOY,              )
Warden, and Attorney        )
General of the State        )
of Delaware,                )
      Respondents.           )

FILED
FEB -1 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Ro scanned

## NOTICE OF APPEAL

Petitioner Lawrence B. Dickens, Pro se respectfully appeals the ORDER from the United States District Court for the District of Delaware which both dismissed the Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Also, the relief sought was denied by the same court. The Court declined to issue a certificate of appealability according to the ORDER for failure to satisfy the standard set forth in 28 U.S.C. § 2253(c)(2).

The ORDER was mailed to Lawrence B. Dickens, Petitioner on December 4, 2007 which he signed for the legal document on December 12, 2007.

Petitioner mailed his NOTICE OF APPEAL to the United States Court of Appeals for the Third Circuit which he received no docketing. Petitioner contacted the United States Court of Appeals for the Third Circuit who informed him that the NOTICE OF APPEAL was sent to the United States District Court for the District of Delaware. This NOTICE OF APPEAL was mailed on January 3, 2008 and to this day Petitioner has not received a receipt for either court indicating it has been received.

Respectfully,

Lawrence B. Dickens
LAWRENCE B. DICKENS, PRO SE

Enclosures:
NOTICE OF APPEAL (mailed to the U.S. Court of Appeals for the 3rd Circuit)

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Lawrence B. Dickens,
    Petitioner,
  v.
Michael DeLoy Warden
and et. al.
    Respondent.

Case Number: 1:06-CV-00790 SLR

## NOTICE OF APPEAL

Petitioner Lawrence B. Dickens, pro se respectfully appeals the ORDER from the United States District Court for the District of Delaware which both dismissed the Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Also, the relief sought was denied by the same court. The Court declined to issue a certificate of appealability according to the ORDER for failure to satisfy the standard set forth in 28 U.S.C. § 2253 (c)(2).

The ORDER was mailed to Lawrence B. Dickens, Petitioner on December 4, 2007 which he signed for the legal document on December 12, 2007.

Petitioner now wish to appeal by Notice of Appeal on January 3, 2008.

Respectfully,

Lawrence B. Dickens
LAWRENCE B. DICKENS, PRO SE

ENCLOSURE:

U.S. District Ct. for the District of Delaware (ORDER)
Envelope of Receipt of ORDER.

I/M: Lawrence B. Dickens   BLDG: Medium 'B
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500   #124570
GEORGETOWN, DELAWARE 19947

```
*##*
1898   U.S. POSTAGE  PB 822303470*
7980   $00.410       JAN 31 08 *
8896                 19947
```

U.S. District Court
Boggs Federal Bldg. Lockbox 18
844 King Street
Wilmington, DE
     19801