FPS - 218                                                                                          DATE: March 10, 2008

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-1359

Lawrence Dickens v. Michael Deloy

To:  Clerk

  1)  Motion by Appellant for leave to appeal in forma pauperis

---

The foregoing motion to proceed in forma pauperis is granted.

For the Court,

/s/Marcia M. Waldron      A True Copy:
Clerk

Marcia M. Waldron, Clerk

Dated:  March 19, 2008
SLC/cc: Mr. Lawrence B. Dickens
        James T. Wakley, Esq.